**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **DONNELL KING,** | ) | **8:14CV358** |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **MICHAEL KENNEY, and JON BRUNNING,** | ) ) ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the Court on Petitioner's Notice of Appeal (Filing No. 18) dated October 5, 2015. Petitioner appeals from the Court's Judgment (Filing No. 17) dated September 21, 2015.

IT IS ORDERED that: Petitioner, who proceeded in the district court action in forma pauperis, may now proceed on appeal in forma pauperis. The clerk of the court is directed to send a copy of this Memorandum and Order to the Eighth Circuit Court of Appeals.

DATED this 7th day of October, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge